```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 31493
     ALBERTO LORENZI
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

              Debtor
     SSN XXX-XX-3426
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     The case was filed on 08/10/2005 and was confirmed 09/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

     The case was paid in full 09/11/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TCF NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| TCF NATIONAL BANK | MORTGAGE ARRE | 586.67 | .00 | 586.67 |
| TCF NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| TCF NATIONAL BANK | MORTGAGE ARRE | 883.02 | .00 | 883.02 |
| CAPITAL ONE | UNSECURED | 2342.46 | .00 | 2342.46 |
| ECAST SETTLEMENT CORP | UNSECURED | 5982.95 | .00 | 5982.95 |
| ECAST SETTLEMENT CORP | UNSECURED | 2393.19 | .00 | 2393.19 |
| ECAST SETTLEMENT CORP | UNSECURED | 489.83 | .00 | 489.83 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| THE HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| VERIZON | UNSECURED | 454.47 | .00 | 454.47 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,905.20 | | 1,905.20 |
| TOM VAUGHN | TRUSTEE | | | 1,002.99 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 16,040.78 | |
| PRIORITY | | .00 |
| SECURED | | 1,469.69 |
| UNSECURED | | 11,662.90 |
| ADMINISTRATIVE | | 1,905.20 |
| TRUSTEE COMPENSATION | | 1,002.99 |
| DEBTOR REFUND | | .00 |
| TOTALS | 16,040.78 | 16,040.78 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 31493 ALBERTO LORENZI

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE